UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEMICK F. WATTS,<br>　　　　　Petitioner,<br>　　v.<br>DAVID BAUGHMAN,<br>　　　　　Respondent. | No. 2:17-cv-1915 CKD P<br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Review of court records reveals petitioner already has a petition for writ of habeas corpus pending in this court in which petitioner challenges the same conviction and sentence he challenges in the petition filed in this action. Each petition raises different claims. In light of the foregoing, IT IS HEREBY ORDERED that the Clerk of the Court file the petition for writ of habeas corpus filed in this action in 2:15-cv-2199 MCE KJN P and label it "Supplemental Petition for Writ of Habeas Corpus." The Clerk of the Court shall then close this case.

Dated: September 19, 2017

　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/kly/watt1915.101a